

FILED

2011 DEC 28 PM 3: 50

Richard Barrera
6909 Oakdale Avenue
Winnetka, CA 91306
*In Propria Persona*
(818) 999-6696

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – CENTRAL DIVISION

FEDERAL NATIONAL MORTGAGE
ASSOCIATION,

        Plaintiff,

vs.

RICHARD BARRERA, LYDIA BARRERA,
and Does 1through 10 inclusive

        Defendant

Case No. CV1-1- 10755-RSWL (A6RX)

[Removal from Superior Court of California,
County of Los Angeles, # Case No.:
11U00394]

DEFENDANT'S NOTICE OF
REMOVAL OF ACTION
PURSUANT TO 28 U.S.C
SEC. 1441, 1446, 1331,

(FEDERAL QUESTIONS
AND DIVERSITY)

To the Clerk of the United States District Court for the central district of California,
central division.

PLEASE TAKE NOTICE that Defendant, Richard Barrera Lydia Barrera; et al, hereby
removes to this Court the State Court action described below.

– 1 –

**NOTICE OF REMOVAL**



Defendant hereby gives notice that this action is removed to the United States District Court for the central district of California from the Superior Court of the State of California in and for the County of Los Angeles.

Pursuant to 28 U.S.C. §1441, Defendant further states as follows:

1.    That Defendant is named as the defendant in a civil action filed in the Superior Court for the State of California for the County of Los Angeles entitled FEDERAL NATIONAL MORTGAGE ASSOCIATION vs. RICHARD BARRERA and DOES 1 through 10, inclusive. Unlawful Detainer case number 11B03847

2.    The court should reconsider this removal as Defendants rights have been violated.

3.    The plaintiff moved the court to quash Unlawful Detainer Case # 11B03847 but evicted client with case number 11B03847. See Exhibit A

    a.    Exhibit B: Summons dated June 30, 2011 and Complaint Conformed Copy dated June 30, 2011 for Unlawful Detainer – Eviction.

4.    Unlawful detainer - Eviction after foreclosure. The amount in controversy exceeds $75,000.

5.    This is a civil action over which this court has original jurisdiction and the action is removable to this court pursuant to 28 U.S.C. §§1441(a) and 1446.

///

///

– 2 –

NOTICE OF REMOVAL

1

## STATEMENT OF FACTS

2      6.      Plaintiff claims to be the owner of real property Defendant lives in as of June 30,

3  2011, by purchasing the subject real property, located at 6909 Oakdale Avenue Winnetka, CA

4  91306 and seeks to evict Defendant from the real property.

5

6      7.      No landlord/tenant relationship exists between Plaintiff and Defendant.

7      8.      Plaintiff claims that title to property referenced above was extinguished by

8  foreclosure and subsequent Trustee's Sale.

9      9.      Plaintiff claims to have served on Defendant a written notice on, June 30, 2011

10  requiring and demanding Defendant quit and deliver possession of the referenced property to

11  Plaintiff within (3) three days after service of the notice.

12

13      10.      Defendant has proof the foreclosure and sale was valid.

14      11. .      The State Court treats individuals appearing in propria persona with bias and

15  unfairness in that it denies all objections and motions in favor of the individual.

16      12.      The rules of evidence prohibit, under objection, evidence from being admitted

17  without authentication, and personal knowledge. Plaintiff and or Defendant while  in propria

18  persona have the right to equal protection under the law are however this right is non-existent in

19

20  state court unlawful detainer actions.

21      13.      Defendants further states that this involves the purchase and sale of securities

22  without Defendants' consent, knowledge or intentional participation.

23

24

25

26

27

28

NOTICE OF REMOVAL

1    WHEREFORE, Defendant prays that the above action now pending in the Los Angeles

2    County Superior Court of the State of California FEDERAL NATIONAL MORTGAGE

3    ASSOCIATION vs. RICHARD BARRERA, LYDIA BARRERA and DOES 1 through 10,

4    inclusive. Unlawful Detainer case number 11B03847 entitled be removed to this court.

5

6    DATED: December 28, 2011

        RICHARD  BARRERA
7                *In Propria Persona*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

— 4 —

**NOTICE OF REMOVAL**

1  KAJAL N. ISLAM, Esq. SBN 238589
   AALIA A. SONAWALLA, Esq. SBN 273486
2  THE WOLF FIRM
   A Law Corporation
3  2955 Main Street, Second Floor
   Irvine, CA 92614
4  Telephone: (949)720-9200
   Facsimile:  (949)608-0131
5
   Attorneys for Plaintiff, FEDERAL NATIONAL MORTGAGE ASSOCIATION
6

7            SUPERIOR COURT OF THE STATE OF CALIFORNIA

8                    COUNTY OF LOS ANGELES

9                                                      11D03847
   FEDERAL NATIONAL MORTGAGE         | CASE NO.
10 ASSOCIATION,                       |
                                      | COMPLAINT FOR
11            Plaintiff,              | UNLAWFUL DETAINER (VERIFIED
                                      | BY AALIA A. SONAWALLA)
12        vs.                         |
                                      | Action based on Code of Civil
13 RICHARD BARRERA, LYDIA BARRERA, and| Procedure Section 1161a
   DOES 1 through 10, inclusive,      |
14                                    | DEMAND IS LESS THAN $10,000.00
            Defendants.               |
15                                    | (LIMITED CIVIL CASE)
16                                    |        By Fax

17        Plaintiff, FEDERAL NATIONAL MORTGAGE ASSOCIATION (hereinafter

18 "Plaintiff") herein alleges:

19        1.      Plaintiff is a corporation authorized to do business and doing business

20 within the State of California.

21        2.      Plaintiff is informed and believes and thereon alleges that Defendants,

22 RICHARD BARRERA, LYDIA BARRERA, and DOES 1 through 10, inclusive,

23 (hereinafter "Defendants") are individuals residing at, or are otherwise in possession of

24 the premises situated in the County of Los Angeles, APN No. 2135-023-022, and

25 commonly known as 6909 Oakdale Avenue, Winnetka, CA 91306, together with

26 detached garage and separate structures, if any, (hereinafter "Subject Property" and/or

27 "Premises") and within this judicial district.

28        3.  Plaintiff seeks to recover possession of the Premises.

497-7831                          1

1    4. The true names or capacities, whether individual, corporate, associate or
2    otherwise of Defendants named herein as Does 1 through 10 inclusive, are unknown to
3    Plaintiff, who therefore sues said Defendants by such fictitious names, and Plaintiff will
4    amend this Complaint to show their true names and capacities when the same has
5    been ascertained.

6    5. Richard Barrera, Lydia Barrera, the original trustors who were the owners of
7    the Subject Property at the time they executed the Promissory Note and Deed of Trust
8    described hereinafter, conveyed the Subject Property as security for payment of a
9    promissory note recorded on October 31, 2006, as Instrument No. 06 2409085 of official
10   records in the office of the County Recorder of Los Angeles County, California.

11   6. A default occurred in the payment of the promissory note and thereafter, at
12   the request of the owner and holder of said promissory note and Deed of Trust, the
13   Trustee recorded a Notice of Default and Election To Sell in the office of the County
14   Recorder of Los Angeles County, California, to initiate non-judicial foreclosure
15   proceedings to satisfy the obligations of the Note.

16   7. More than three months after recordation of said Notice of Default, the
17   Trustee gave notice in the manner and form required by Civil Code §§ 2924 et. seq.,
18   that the Subject Property would be sold at public auction on May 25, 2011, to satisfy the
19   obligations secured by Deed of Trust.

20   8. On May 25, 2011, at the time and place noticed for said sale, the Trustee sold
21   the Subject Property to Plaintiff and thereafter executed and delivered a Trustee's Deed
22   Upon Sale. The Trustee's Deed Upon Sale was thereafter recorded and Plaintiff's title
23   to the Subject Property thereby perfected. A true and correct copy of the Trustee's
24   Deed Upon Sale is attached hereto as Exhibit "1" and is incorporated herein by
25   reference.

26   9.    On June 23, 2011, after Plaintiff's title was perfected, Plaintiff caused to be
27   served on Defendants a Notice to Quit (hereinafter "Notice") requiring them to quit and
28   deliver up possession of the premises to Plaintiff within 3 days after service of the

497-7831                                        2
COMPLAINT FOR UNLAWFUL DETAINER VERIFIED BY AALIA A. SONAWALLA

1   Notice. A true and correct copy of the Notice, and the original Proof of Service, are

2   attached hereto collectively as Exhibit "2" and is incorporated herein by reference.

3       10.   Defendants continue in possession of said Premises without Plaintiff's

4   permission or consent.

5       11.   More than 3 days have elapsed since the service of the Notice but

6   Defendants have failed and refused to deliver up possession of said Premises.

7       12.   The reasonable value of the use and occupancy of the Premises is the

8   sum of $40.00 or more per day, and damages have accrued to Plaintiff at that rate since

9   June 28, 2301, and will continue to accrue at that rate so long as Defendants remain in

10   possession of the Subject Property.

11       13.   Plaintiff requests that the Court take judicial notice of the documents

12   attached to this Complaint and those identified above, pursuant to the provisions of

13   California Evidence Code §452 and §453.

14       WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

15       1.   Restitution and possession of the Premises;

16       2.   For damages at the rate of $40.00 or more per day upon proof at trial from

17   June 28, 2301 until date of judgment; .

18       3.   For an order to terminate the lease, if any, under which Defendants

19   occupy the Premises;

20       4.   Costs of suit herein; and,

21       5.   For such other and further relief as the court deems just and proper.

22   DATED: June 29, 2011         THE WOLF FIRM
                      A Law Corporation
23

24                       By: _Aalia Sonawalla_

25                       AALIA A. SONAWALLA, ESQ.
                      Attorneys for Plaintiff, FEDERAL NATIONAL
26                       MORTGAGE ASSOCIATION

27

28

497-7831                   3

**FundingSuite**

## BORROWER INFORMATION

| | | |
|---|---|---|
| Borrower: | Richard Barrera | 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 |
| Current Address: | 6909 oakdale Avenue, Winnetka CA, 91306 | |

## RED FLAG ALERTS

**Richard Barrera**

Alternative social: CLEAR

OFAC: CLEAR

## SCORE MODELS

**Richard Barrera**

**631** EXPERIAN, FICO v2

038 Serious delinquency, public record or collection
018 Too many accounts with delinquency
013 Recent delinquency or unknown timeframe
016 Lack of recent revolving account information

## TRADE SUMMARY

| Type | Count | High Credit | Balance | Payment | Past Due | Lates 30 | 60 | 90 |
|---|---|---|---|---|---|---|---|---|
| Mortgage | 8 | $1,657,021 | $0 | $0 | $0 | 3 | 3 | 4 |
| Automobile | 2 | $22,000 | $0 | $0 | $0 | 0 | 0 | 0 |
| Revolving | 13 | $143,055 | $6,779 | $136 | $0 | 7 | 6 | 19 |
| **TOTALS:** | 23 | $1,822,076 | $6,779 | $136 | $0 | 10 | 9 | 23 |

**FundingSuite**

## TRADELINES

| WHOSE | | TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B-A | AMEX 349991312260 | Rev. | Oct 08 | $7,000 | $136 | 0 | 0 | 0 | as agreed | | |
| SOURCE | | TERM | OPENED | BALANCE | PAST DUE | - | - | - | MR | LAST LATE | DLA |
| XP | | - | May 06 | $6,779 | $0 | | | | 1 | - | Aug 08 |

| WHOSE | | TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B-I | AMEX 02539406601438 | Rev. | Dec 01 | $0 | $0 | 0 | 0 | 0 | paid - as agreed | | |
| SOURCE | | TERM | OPENED | BALANCE | PAST DUE | - | - | - | MR | LAST LATE | DLA |
| XP | | 1 | Apr 87 | $0 | $0 | | | | 1 | - | - |

| WHOSE | | TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B-I | AMEX 349991564822 | Rev. | Feb 10 | $1,410 | $0 | 0 | 0 | 0 | closed - chargeOff | | |
| SOURCE | | TERM | OPENED | BALANCE | PAST DUE | - | - | - | MR | LAST LATE | DLA |
| XP | | - | Apr 92 | $0 | $0 | | | | 17 | - | - |
| Unpaid balance reported as a loss by credit grantor | | | | | | | | | | | |

| WHOSE | | TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B-I | BAC HOME LOANS SERVICI 38052633 | Mort | Feb 05 | $264,000 | $0 | 0 | 0 | 0 | closed | | |
| SOURCE | | TERM | OPENED | BALANCE | PAST DUE | - | - | - | MR | LAST LATE | DLA |
| XP | | 360 | Sep 04 | $0 | $0 | | | | 1 | - | - |
| Conventional Real Estate Loan Including Purchase Money First | | | | | | | | | | | |
| Account transferred to another office | | | | | | | | | | | |

| WHOSE | | TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B-I | BAC HOME LOANS SERVICI 131695803 | Mort | Feb 10 | $360,500 | $0 | 1 | 1 | 4 | closed - delinq120+ | | |
| SOURCE | | TERM | OPENED | BALANCE | PAST DUE | 05/09 | 06/09 | 01/10 12/09 08/09 07/09 | MR | LAST LATE | DLA |
| XP | | 360 | Oct 06 | $0 | $0 | | | | 36 | 01/10 | - |
| Conventional Real Estate Loan Including Purchase Money First | | | | | | | | | | | |
| Account delinquent 180 days past due date | | | | | | | | | | | |

| WHOSE | | TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B-I | BANK OF AMERICA 7692 | Rev. | Feb 10 | $13,600 | $0 | 2 | 1 | 4 | closed - chargeOff | | |
| SOURCE | | TERM | OPENED | BALANCE | PAST DUE | 10/08 03/08 | 11/08 | 03/09 02/09 01/09 12/08 | MR | LAST LATE | DLA |
| XP | | - | Jun 07 | $0 | $0 | | | | 33 | 03/09 | - |
| Unpaid balance reported as a loss by credit grantor | | | | | | | | | | | |

| WHOSE | | TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B-I | BANK OF AMERICA 59 | Rev. | Feb 10 | $500 | $0 | 1 | 1 | 3 | closed - chargeOff | | |
| SOURCE | | TERM | OPENED | BALANCE | PAST DUE | 11/08 | 12/08 | 03/09 02/09 01/09 | MR | LAST LATE | DLA |
| XP | | - | Mar 08 | $0 | $0 | | | | 24 | 03/09 | - |
| Unpaid balance reported as a loss by credit grantor | | | | | | | | | | | |

| WHOSE | | TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B-I | CAP ONE 529107144557 | Rev. | Feb 01 | $545 | $0 | 0 | 0 | 0 | paid - as agreed | | |
| SOURCE | | TERM | OPENED | BALANCE | PAST DUE | - | - | - | MR | LAST LATE | DLA |
| XP | | - | Dec 97 | $0 | $0 | | | | 38 | - | - |

| WHOSE | | TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B-I | CHASE 44702129 | Rev. | Nov 06 | $97,000 | $0 | 0 | 0 | 0 | paid - as agreed | | |
| SOURCE | | TERM | OPENED | BALANCE | PAST DUE | - | - | - | MR | LAST LATE | DLA |
| XP | | - | Nov 05 | $0 | $0 | | | | 13 | - | Nov 06 |
| Credit Line Secured- Revolving | | | | | | | | | | | |

FundingSuite

| WHOSE | | TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90 | closed - chargeOff | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B-I | **CHASE** | Rev. | Feb 10 | $3,000 | $0 | 1 | 1 | 4 | | | |
| | 426690203029 | TERM | OPENED | BALANCE | PAST DUE | | | 04/09 03/09 02/09 01/09 | MR | LAST LATE | DLA |
| SOURCE | | - | Mar 08 | $0 | $0 | 11/08 | 12/08 | | 23 | 04/09 | - |
| XP | | | | | | | | | | | |
| | Unpaid balance reported as a loss by credit grantor | | | | | | | | | | |

| WHOSE | | TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90 | closed - chargeOff | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B-I | **CHASE** | Rev. | Feb 10 | $2,000 | $0 | 1 | 1 | 4 | | | |
| | 426684117094 | TERM | OPENED | BALANCE | PAST DUE | | | 04/09 03/09 02/09 01/09 | MR | LAST LATE | DLA |
| SOURCE | | - | Mar 08 | $0 | $0 | 11/08 | 12/08 | | 23 | 04/09 | - |
| XP | | | | | | | | | | | |
| | Unpaid balance reported as a loss by credit grantor | | | | | | | | | | |

| WHOSE | | TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90 | paid - as agreed | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| J | **CHASE MANHATTAN MTGE** | Mort | Jul 03 | $114,571 | $0 | 0 | 0 | 0 | | | |
| | 1953036457 | TERM | OPENED | BALANCE | PAST DUE | | | | MR | LAST LATE | DLA |
| SOURCE | | 360 | Oct 98 | $0 | $0 | - | - | - | 9 | - | - |
| XP | | | | | | | | | | | |
| | FHA Real Estate Loan | | | | | | | | | | |

| WHOSE | | TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90 | transfer - chargeOff | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B-I | **GEMB/CARE CREDIT** | Rev. | May 09 | $8,000 | $0 | 1 | 1 | 3 | | | |
| | 601918301236 | TERM | OPENED | BALANCE | PAST DUE | | | 02/09 01/09 12/08 | MR | LAST LATE | DLA |
| SOURCE | | - | Apr 08 | $0 | $0 | 10/08 | 11/08 | | 14 | 02/09 | Aug 08 |
| XP | | | | | | | | | | | |
| | Unpaid balance reported as a loss by credit grantor | | | | | | | | | | |

| WHOSE | | TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90 | closed | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B-I | **GEMB/WALMART** | Rev. | Jan 09 | $0 | $0 | 0 | 0 | 0 | | | |
| | 603220316256 | TERM | OPENED | BALANCE | PAST DUE | | | | MR | LAST LATE | DLA |
| SOURCE | | - | Oct 02 | $0 | $0 | - | - | - | 1 | - | - |
| XP | | | | | | | | | | | |
| | Credit card lost or stolen | | | | | | | | | | |

| WHOSE | | TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90 | closed | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B-I | **GMAC MORTGAGE** | Mort | Jun 09 | $163,300 | $0 | 1 | 1 | 0 | | | |
| | 7440412385 | TERM | OPENED | BALANCE | PAST DUE | | | | MR | LAST LATE | DLA |
| SOURCE | | 30 | Oct 05 | $0 | $0 | 04/08 | 05/08 | - | 26 | 05/08 | Mar 08 |
| XP | | | | | | | | | | | |
| | Conventional Real Estate Loan Including Purchase Money First | | | | | | | | | | |
| | Account legally paid in full for less than the full balance | | | | | | | | | | |

| WHOSE | | TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90 | closed | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B-I | **GMAC MORTGAGE** | Mort | Jul 09 | $175,650 | $0 | 1 | 1 | 0 | | | |
| | 7441812633 | TERM | OPENED | BALANCE | PAST DUE | | | | MR | LAST LATE | DLA |
| SOURCE | | 30 | Jul 06 | $0 | $0 | 03/08 | 04/08 | - | 25 | 04/08 | Feb 08 |
| XP | | | | | | | | | | | |
| | Conventional Real Estate Loan Including Purchase Money First | | | | | | | | | | |
| | Account legally paid in full for less than the full balance | | | | | | | | | | |

| WHOSE | | TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90 | paid - as agreed | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B-I | **GMAC MORTGAGE** | Mort | Sep 04 | $157,500 | $0 | 0 | 0 | 0 | | | |
| | 307578119 | TERM | OPENED | BALANCE | PAST DUE | | | | MR | LAST LATE | DLA |
| SOURCE | | 360 | Jun 03 | $0 | $0 | - | - | - | 11 | - | - |
| XP | | | | | | | | | | | |
| | Conventional Real Estate Loan Including Purchase Money First | | | | | | | | | | |

| WHOSE | | TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90 | paid - as agreed | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B-I | **GMAC MORTGAGE** | Mort | Oct 06 | $264,000 | $0 | 0 | 0 | 0 | | | |
| | 359099244 | TERM | OPENED | BALANCE | PAST DUE | | | | MR | LAST LATE | DLA |
| SOURCE | | 360 | Sep 04 | $0 | $0 | - | - | - | 18 | - | Sep 06 |
| XP | | | | | | | | | | | |
| | Conventional Real Estate Loan Including Purchase Money First | | | | | | | | | | |



| WHOSE | | TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| J | LOCKHEED FED CR UNION | Auto | Mar 02 | $7,000 | $0 | 0 | 0 | 0 | paid - as agreed | | |
| SOURCE | 6351690000001 | TERM | OPENED | BALANCE | PAST DUE | - | - | - | MR | LAST LATE | DLA |
| XP | | 24 | Oct 00 | $0 | $0 | | | | 18 | - | - |
| | Auto Loan | | | | | | | | | | |

| WHOSE | | TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B-I | LOCKHEED FED CR UNION | Auto | Sep 04 | $15,000 | $0 | 0 | 0 | 0 | paid - as agreed | | |
| SOURCE | 6351690000002 | TERM | OPENED | BALANCE | PAST DUE | - | - | - | MR | LAST LATE | DLA |
| XP | | 60 | Mar 02 | $0 | $0 | | | | 31 | - | - |
| | Auto Loan | | | | | | | | | | |

| WHOSE | | TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B-I | LOCKHEED FED CR UNION | Rev. | Feb 10 | $4,000 | $0 | 1 | 1 | 1 | closed - chargeOff | | |
| SOURCE | 635169000 | TERM | OPENED | BALANCE | PAST DUE | 01/09 | 02/09 | 03/09 | MR | LAST LATE | DLA |
| XP | | - | Jul 00 | $0 | $0 | | | | 99 | 03/09 | - |
| | Unpaid balance reported as a loss by credit grantor | | | | | | | | | | |

| WHOSE | | TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B-I | THD/CBSD | Rev. | Oct 07 | $6,000 | $0 | 0 | 0 | 0 | paid - as agreed | | |
| SOURCE | 603532013873 | TERM | OPENED | BALANCE | PAST DUE | - | - | - | MR | LAST LATE | DLA |
| XP | | - | Jul 03 | $0 | $0 | | | | 51 | - | Oct 06 |

| WHOSE | | TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B-I | WENDOVER FIN SRVS CORP | Mort | Nov 03 | $157,500 | $0 | 0 | 0 | 0 | closed | | |
| SOURCE | 3542406890 | TERM | OPENED | BALANCE | PAST DUE | - | - | - | MR | LAST LATE | DLA |
| XP | | 360 | Jun 03 | $0 | $0 | | | | 1 | - | - |
| | Conventional Real Estate Loan Including Purchase Money First | | | | | | | | | | |
| | Account transferred to another office | | | | | | | | | | |

## PUBLIC RECORDS

| WHOSE | | AMOUNT | FILED | PAID DATE | DEFENDANT | STATUS |
|---|---|---|---|---|---|---|
| J | US BKPT CT CA NORTH LA | - | Oct 09 | - | - | Discharged |
| SOURCE | 0924070MT | BALANCE | REPORTED | ATTORNEY | PLAINTIFF | TYPE |
| XP | | - | Feb 10 | - | - | BankruptcyChapter7 |

**FundingSuite**

Last Four SSN #: 9738

## ALERTS

Richard Barrera

    OFAC:  Clear.

## RECENT INQUIRIES (LAST 120 DAYS)

03/04/2010 - FIRST USA,NA         02/25/2010 - CREDIT ONE BANK
02/25/2010 - CREDIT ONE BANK     02/15/2010 - WELLS FARGO BANK

## DATA SOURCE INFORMATION

### PERSONAL INFORMATION

Richard Barrera

| Name | SSN | DOB | Bureau |
|---|---|---|---|
| RICHARD BARRERA | 549319738 | | XP |
| P BARRERA RICHARD | | | XP |

### ADDRESS INFORMATION

Richard Barrera

| Address | Timeframe | Bureau |
|---|---|---|
| 6909 OAKDALE AVE , CANOGA PARK , CA 91306 | from Jan 99 to Feb 10 | XP |
| PO BOX 570381 , TARZANA , CA 91357 | from Jun 98 to Jun 06 | XP |
| 5249 AVENIDA HACIENDA , TARZANA , CA 91356 | from Mar 88 to Jul 03 | XP |

### EMPLOYMENT INFORMATION

Richard Barrera

| Employer | Occupation | Income | Reported | Bureau |
|---|---|---|---|---|
| LANDSCAPER | | | Feb 10 | XP |
| RICHARD BARRRERA LANDSC | | | Dec 03 | XP |

## CREDITORS

| Subscriber Name | Address | Phone | Fax |
|---|---|---|---|
| CHASE MANHATTAN MTGE | 3415 VISION DR COLUMBUS, OH 43219 | 8008489380 | |
| THD/CBSD | PO BOX 6003 HAGERSTOWN, MD 21747 | BYMAILONLY | |
| CAPITAL ONE BANK | PO BOX 85064 GLEN ALLEN, VA 23058 | BYMAILONLY | |
| CHASE | 800 BROOKSEDGE BLVD WESTERVILLE, OH 43081 | 8009559900 | |
| MBNA AMERICA BANK NA | 400 CHRISTIANA ROAD NEWARK, DE 19713 | BYMAILONLY | |
| GMAC MORTGAGE | PO BOX 4622 WATERLOO, IA 50704 | 8007664622 | |
| BANK ONE | PO BOX 901039 FORT WORTH TX 761012039 | (800) 800-LOAN | |
| HOME COMING FUNDING NE | 2711 N HASKELL AVE. SW 1 DALLAS, TX 75204 | 8002062901 | |
| AMEX | PO BOX 297871 FORT LAUDERDALE, FL 33329 | 8008742717 | |
| GEMB/CARE CREDIT | PO BOX 981439 EL PASO, TX 79998 | 8663968254 | |
| GEMB/WALMART | PO BOX 981400 EL PASO, TX 79998 | BYMAILONLY | |
| WENDOVER FIN SRVS CORP | 725 N REGIONAL RD GREENSBORO, NC 27409 | 8004364008 | 336-668-4335 |
| LOCKHEED FED CR UNION | 2340 N HOLLYWOOD WAY BURBANK, CA 91505 | 8185652000 | |
| COUNTRYWIDE HOME LOANS | 400 COUNTRYWIDE WAY SIMI VALLEY, CA 93065 | 800-669-6607 ATMD | |

## SLS MORTGAGE, INC.

Richard Barrera
6909 oakdale Avenue
Winnetka CA, 91306

In connection with your application for a home loan, the lender must disclose to you the score that a consumer reporting agency distributed to users and the lender used in connection with your home loan, and the key factors affecting your credit scores.

The credit score is a computer generated summary calculated at the time of the request and based on information that a consumer reporting agency or lender has on file. The scores are based on data about your credit history and payment patterns. Credit scores are important because they are used to assist the lender in determining whether you will obtain a loan. They may also be used to determine what interest rate you may be offered on the mortgage. Credit scores can change over time, depending on your conduct, how your credit history and payment patterns change, and how credit scoring technologies change.

Because the score is based on information in your credit history, it is very important that you review the credit-related information that is being furnished to make sure it is accurate. Credit records may vary from one company to another.

If you have questions about your credit score or the credit information that is furnished to you, contact the consumer reporting agency at the address and telephone number provided with this notice, or contact the lender, if the lender developed or generated the credit score. The consumer reporting agency plays no part in the decision to take any action on the loan application and is unable to provide you with specific reasons for the decision on a loan application.

If you have questions regarding the terms of the loan, contact the lender.

Your credit scores were provided by the following credit reporting agencies:

| Trans Union | Experian | Equifax Credit Information Services |
|---|---|---|
| P.O. Box 2000 | P.O. Box 2002 | P.O. Box 740256 |
| Chester, PA 19022 | Allen, TX 75013 | Atlanta, GA 30374 |
| 800-916-8800 | 888-397-3742 | 800-685-1111 |
| www.transunion.com | www.experian.com | www.equifax.com |

The following information about your credit scores was created on: June 07, 2010

**Applicant:** Richard Barrera

Name of Score: Experian
Credit Score: 631 Range: 300-850
Key Factors affecting the score:
 -Serious delinquency, public record or collection
 -Too many accounts with delinquency
 -Recent delinquency or unknown timeframe
 -Lack of recent revolving account information

Sign: --------------------------------------------------------------------------------

Date: 11/14/2011

**SLS MORTGAGE, INC.**

Richard Barrera                                6909 oakdale Avenue, Winnetka CA, 91306

**Your Credit Score:   631**              Provided By:    Experian

                                               **Provided on:**  June 07, 2010


**What You Should Know About Credit Scores**

Your credit score is a number that reflects the information in your credit report. Your credit report is record of your financial history. It includes information about whether you pay your bills on time and how much you currently owe to creditors. Your credit score can change depending on how your credit and payment history changes.

**How We Use Your Credit Score**

Your credit score can affect whether you can get a loan and how much you will have to pay for that loan.

**The Range Of Credit Scores**

Credit scores range from approximately **400** to a high of **850**. Generally, the higher the credit score, the more likely you are to be offered better credit terms.

**How Your Score Compares The Scores of Other Consumers**



Percent Of Consumers With Credit Scores In
Each Range

| 7% | 20% | 15% | 18% | 27% | 13% |
| 300 - 549 | 550 - 649 | 650 - 699 | 700 - 749 | 750 - 799 | 800 - 850 |

**Key Factors That Adversely Affected Your Credit Score**

- Serious delinquency, public record or collection
- Too many accounts with delinquency
- Recent delinquency or unknown timeframe
- Lack of recent revolving account information

**What If There Are Mistakes In Your Credit Report?**

You have the right to dispute any inaccurate information in your credit report. I you find mistakes on your credit report, contact the consumer reporting agency. It is a good idea to check your credit report to make sure the information it contains is accurate.

**How You Can Obtain A Free Copy Of Your Credit Report**

Under federal law, you have the right to obtain a free copy of your credit report from each of the nationwide consumer reporting agencies once every year. To order your free annual credit report:

By telephone: (877) 322-8228

On the web: www.annualcreditreport.com

By mail: Annual Credit Report Request Service, P.O. Box 105281, Atlanta, GA 30348-5281

**How You Can Get More Information**

For more information about credit reports and your rights under federal law, visit the Federal Reserve Board's website at www.federalreserve.gov, or the Federal Trade Commission's website at www.ftc.gov.

 END OF REPORT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Ronald S. W. Lew and the assigned discovery Magistrate Judge is Alicia G. Rosenberg.

The case number on all documents filed with the Court should read as follows:

## CV11- 10755 RSWL (AGRx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |
|---|---|---|

Failure to file at the proper location will result in your documents being returned to you.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐)<br>FEDERAL NATIONAL MORTGAGE | DEFENDANTS<br>RICHARD BARRERA<br>6909 Oakdale Avenue<br>Winnetka, CA 91036<br><br>Pro Se |
|---|---|
| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br><br>The Wolf Firm ALC<br>2955 Main Street 2nd Floor<br>Irvine, CA 92614 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☑ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding  ☑ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☑ No  ☐ **MONEY DEMANDED IN COMPLAINT: $**_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability<br>☑ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**FOR OFFICE USE ONLY:** Case Number _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☐ No ☑ Yes
If yes, list case number(s): 2:11-cv-08769 ; cv1109810

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☐ No ☑ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐  Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _Richard Burn_ Date 12/28/2011

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |